**Dismissed and Memorandum Opinion filed August 22, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00265-CV

**TYRONE JOHNSON, Appellant**

**V.**

**ME ALPHA II, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1216731**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 6, 2024. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. Appellant filed a statement of inability to afford payment of court costs in this court and we deemed appellant indigent for purposes of the appellate filing fee only. *See* Tex. R. App. P. 20.1. We informed appellant that to obtain the clerk's record without payment of costs, a party must file a statement of inability to afford payment of

court costs in the trial court. *See* Tex. R. App. P. 145. Appellant has provided no proof that he made arrangements to pay for the clerk's record or has filed a statement of inability to afford payment of court costs in the trial court pursuant to Rule 145 of the Texas Rules of Civil Procedure.

On July 10, 2024, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On July 30, 2024, appellant was ordered to provide this court with proof of payment for the record or proof that appellant filed a statement of inability to afford costs on appeal in the trial court on or before August 9, 2024. *See* Tex. R. App. P. 35.3(c). In the order, we notified appellant that failure to comply with the court's order would subject the appeal to dismissal without further notice. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record or that appellant filed a statement of inability to afford costs on appeal in the trial court. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.